400 A.2d 629

Commonwealth v. Durham, Appellant.

Sub-mitted April 1, 1978. Harry E. Knafelc, Assistant Public Defender, for appellant; John Lee Brown, Jr., Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

400 A.2d 629

Commonwealth v. Flickinger, Appellant.

Submitted March 13, 1978. Robert Bruce Evanick, Assistant Public Defender, for appellant; Daniel R. Kehm, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.